# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2018

Stephen J. Markman,
Chief Justice

155196(65)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
            Plaintiffs-Appellants,

v

SC: 155196
COA: 329632
Washtenaw CC: 15-000427-CZ

ANN ARBOR PUBLIC SCHOOLS and
JEANICE K. SWIFT,
            Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their supplemental brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2018



Clerk